CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love,**<br>    Plaintiff,<br><br>**v.**<br><br>**Martin C. Jacinto;**<br>**Caroline Ramirez;** and Does 1-10,<br>    Defendants. | **Case No**. 5:18-CV-00547-SJO-SHK<br><br>**Plaintiff's Notice of Ex Parte Request for Additional Time to Serve Defendants** |

### TO DEFENDANTS & THEIR ATTORNEYS OF RECORD

**PLEASE BE ADVISED** that Plaintiff SAMUEL LOVE, through his attorneys of record moves EX PARTE seeking an order authorizing Plaintiff additional time to serve the complaint on MARTIN AND CAROLINE JACINTO.

The reason for Plaintiff's application is that Plaintiff was unable to serve the Defendants at known address and was unable to find any other alternate addresses to serve, thus Plaintiff has been unable to effectuate service within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff's application will be based upon these moving papers, the Declaration of attorney Dennis Price and the Memorandum of Points and Authorities filed contemporaneously with this Application.

-1-

-2-

1  Dated: June 18, 2018 CENTER FOR DISABILITY ACCESS

2

3
   By:  */s/ Dennis Price*
4  Dennis J. Price, Esq.
   Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28