CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love,**     Plaintiff,<br><br>v.<br><br>**Martin C. Jacinto; Caroline Ramirez;** and Does 1-10,<br><br>    Defendants. | **Case No.** 5:18-CV-00547-SJO-SHK<br><br>**Plaintiff's Ex Parte Request for Additional Time to Serve Defendants** |

## I.  INTRODUCTION

Following failed efforts to serve the Defendants, Plaintiff, SAMUEL LOVE, seeks additional time as the 90-day time to serve the Defendants. Plaintiff has made numerous attempts to effect service, but as a result of failed attempts at traditional service, service has not yet been achieved.

## II.  THE COURT HAS AUTHORITY TO GRANT ADDITIONAL TIME TO SERVE

Pursuant to Fed. Rule of Civ. Pro. 4(m) if service of the summons and complaint is not made with 90 days, the court must dismiss without prejudice or direct that service be effected within a specified time. Courts have discretion to extend the time for service even absent good cause.

However, if the plaintiff shows good cause for the failure, the court must extend the time for service. *Henderson v. US (*1996) 517 US 654, 661; FRCP 4(m).

### III.   PLAINTIFF HAS ACTED DILIGENTLY IN ATTEMPTING SERVICE

Plaintiff has made reasonable efforts to try and serve the Defendant in this matter in light of the circumstances. Defendants own the real property located at or about 404 N. Waterman Avenue, San Bernardino, California, (Price Decl.   3). The Plaintiff attempted at the address, namely 3420 Broadmoor Blvd San Bernardino, CA 92404-2406. However, the process server failed to locate the Defendants at either address. Following this attempt, the Plaintiff located three alternate address of the Defendants at 2005 N D St San Bernardino CA 92405, 1095 N E St San Bernardino and  1897 N E St San Bernardino CA 92405. However, the process server was unable to serve at any of these addresses. (Price Decl.   3). The plaintiff are in the process of researching alternative addresses.

In light of the above, Plaintiff needs an opportunity to research alternatives to serve the Defendants and requests additional time to do so in light of the above attempts to serve. (Price Decl.   4).

//
//
//

### IV.   CONCLUSION

Plaintiff respectfully requests that this court grant additional time to serve the Defendant.

Dated: June 18, 2018                    CENTER FOR DISABILITY ACCESS

                                                By:   */s/ Dennis Price*
                                                Dennis J. Price, Esq.
                                                Attorney for Plaintiff