CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Martin C. Jacinto; Caroline Ramirez**; and Does 1-10, <br><br> Defendants. | **Case No**. 5:18-CV-00547-SJO-SHK <br><br> **Plaintiff's Response to Order to Show Cause** |

### DECLARATION OF DENNIS PRICE

1. I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

2. I have personal knowledge of the foregoing and if called to testify to them I could do so competently.

3. On August 28, 2018, an Order to Show Cause was filed ordering plaintiff why this action should not be dismissed for lack of prosecution.

4. The Complaint has been served on Defendants on August 16, 2018, via substituted service. By rule, the Defendants time to answer has been set for September 6, 2018 and a default would be premature.

5. Is it respectfully requested that the court discharge the Order to Show Cause and allow the Defendants to answer the operative complaint. In the event that the answer is not received by the deadline, a default will be filed thereafter..

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: September 4, 2018				CENTER FOR DISABILITY ACCESS


						By:  /s/Dennis Price
						Dennis Price, Esq.
						Attorney for Plaintiff