# **EXHIBIT 5**

11/05/2010      MARTIN JACINTO      404 N WATERMAN AVE      SAN BERNARDINO      CA Property

- Clipboard
- Print or Export
- 

- APN: 0135-144-13
- APN Sequence Number: 001
- 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Subdivision Name: CYPRESS
- Legal Description: CYPRESS TRACT LOT 22 BLK A EX ST
- Building Square Feet: 741
- Land Square Feet: 6,500
- Year Built: 1965

- Latest Tax Roll/Assessment Information
- Tax Year: 2016
- Tax Amount: $986.28
- Assessed Year: 2017
- Assessed Value: $71,400
- Sale Date: 11/05/2010
- Sale Amount: $40,000
- Document Number: 130
- Total Value: $71,400
- Land Value: $35,700
- Improvement Value: $35,700

Most Current Ownership Information - 11/05/2010

- Owner: MARTIN JACINTO
- Mailing Address: 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Owner: CAROLINE RAMIREZ [ View Person Record ]
- Address: 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Mailing Address: 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Seller: MARTIN C JACINTO
- 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Owner Ownership Rights: Joint Tenants
- Owner Relationship Type: Husband/Wife
- Recording Date: 11/05/2010
- Sale Date: 11/05/2010
- Absentee Indicator: Situs Address Taken From Sales Transaction - Determined Owner Occupied
- Deed Sec Cat: Interfamily Transfer, Resale, Cash Purchase
- Universal Land Use: Auto Repair
- Property Indicator: Service (General Public)

- Inter Family: Yes
- Resale New Construction: Resale
- Residential Model Indicator: Based On Zip Code and Value Property is Not Residential
- Document Number: 460999

- Mortgage
- No Mortgage
- Recording Date: 11/05/2010
- Document Number: 460999
- Registry Entries:
    - Document Type: Deed
    - Document Number: 000000460999
    - Transaction Type: Nominal
    - Batch Id: 20101115
    - Batch Sequence: 00242
    - Recording Date: 11/05/2010
    - 

Previous Ownership Information

- Owner: LEE B ANGELUS [ View Person Record ]
- Mailing Address: 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY)
- Owner: ROSEMARY ANGELUS
- Address: 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY)
- Mailing Address: 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY)
- 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Owner Ownership Rights: Trust
- Recording Date: 04/06/1979
- Sale Code: Unknown
- Sale Amount: $40,000
- Absentee Indicator: Absentee(Mail And Situs Not =)
- Universal Land Use: Auto Repair
- Property Indicator: Service
- Residential Model Indicator: Property is Residential
- Document Number: 130

- Mortgage Information not available

Previous Ownership Information

- Owner: MARTIN C JACINTO
- Mailing Address: 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Owner: CAROLINE RAMIREZ [ View Person Record ]

- Address: 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Mailing Address: 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Owner Relationship Type: Husband And Wife
- Recording Date: 04/06/1979
- Sale Code: Unknown
- Sale Amount: $40,000
- Absentee Indicator: Owner Occupied
- Universal Land Use: Auto Repair
- Property Indicator: Service
- Residential Model Indicator: Property is Residential
- Document Number: 130

- Mortgage Information not available

Previous Ownership Information

- Owner: LEE B ANGELUS [ View Person Record ]
- Mailing Address: 2359 MESQUITE DR, SAN BERNARDINO, CA 92404-3109 (SAN BERNARDINO COUNTY)
- Owner: ROSEMARY ANGELUS [ View Person Record ]
- Address: 2359 MESQUITE DR, SAN BERNARDINO, CA 92404-3109 (SAN BERNARDINO COUNTY)
- Mailing Address: 2359 MESQUITE DR, SAN BERNARDINO, CA 92404-3109 (SAN BERNARDINO COUNTY)
- 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Owner Ownership Rights: Trust
- Recording Date: 04/06/1979
- Sale Code: Unknown
- Sale Amount: $40,000
- Absentee Indicator: Absentee(Mail And Situs Not =)
- Universal Land Use: Auto Repair
- Property Indicator: Service
- Residential Model Indicator: Property is Residential
- Document Number: 130

- Mortgage Information not available

Previous Ownership Information

- Owner: MARTIN C JACINTO [ View Person Record ]
- Mailing Address: 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY)
- Owner: CAROLINE RAMIREZ [ View Person Record ]

- Address: 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY)
- Mailing Address: 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY)
- 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
- Owner Relationship Type: Husband And Wife
- Recording Date: 04/06/1979
- Sale Code: Unknown
- Sale Amount: $40,000
- Absentee Indicator: Absentee(Mail And Situs Not =)
- Universal Land Use: Auto Repair
- Property Indicator: Service
- Residential Model Indicator: Property is Residential
- Document Number: 130

- Mortgage Information not available

**404 N Waterman Ave, San Bernardino, CA 92410**

Property Address:

404 N Waterman Ave

San Bernardino, CA 92410

**Combined Report**           **404 N Waterman Ave, San Bernardino, CA 92410**

All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof.

## Property Profile

**404 N Waterman Ave, San Bernardino, CA 92410**

### Property Information

| | | | |
|---|---|---|---|
| **Owner(s):** | Jacinto Martin C / Ramirez Caroline | **Mailing Address:** | 3420 Broadm |
| **Owner Phone:** | Unknown | **Property Address:** | 404 N Waterm |
| **Vesting Type:** | N/A | **Alt. APN:** | 0135-144-13- |
| **County:** | San Bernardino | **APN:** | 0135-144-13- |
| **Map Coord:** | 16-F3 | **Census Tract:** | 005800 |

| Lot#: | 22 | Block: | A |
|---|---|---|---|
| Subdivision: | Cypress | Tract: | CYPRESS |
| Legal: | Cypress Tract Lot 22 Blk A Ex St | | |

## Property Characteristics

| Use: | Auto Repair | Year Built / Eff. : | 1965 / 1965 | Sq. Ft. : | |
|---|---|---|---|---|---|
| Zoning: | | Lot Size Ac / Sq Ft: | 0.149 / 6500 | # of Units: | |
| Stories: | | Improvements: | | Parking / # | |
| Gross Area: | 741 | Garage Area : | | Basement | |

## Sale and Loan Information

| Sale / Rec Date: | | *$/Sq. Ft.: | | 2nd Mtg.: | |
|---|---|---|---|---|---|
| Sale Price: | | 1st Loan: | | Prior Sale Am | |
| Doc No.: | | Loan Type: | | Prior Sale Da | |
| Doc Type: | | Transfer Date: | | Prior Doc No. | |
| Seller: | | Lender: | | Prior Doc Typ | |

*$/Sq. Ft. is a calculation of Sale Price divided by Sq. Feet.

## Tax Information

| Imp Value: | $35,700 | Exemption Type: | |
|---|---|---|---|
| Land Value: | $35,700 | Tax Year / Area: | 2017 / 7-062 |
| Total Value: | $71,400 | Tax Value: | |
| Total Tax Amt: | $1,084.85 | Improved: | 50% |

**Property Profile**          **404 N Waterman Ave, San Bernardino, CA 92410**

All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof.

## Transaction History

**404 N Waterman Ave, San Bernardino, CA 92410**

**Transaction History**

Transaction History provides records for the past ten years. To request additional information, please contact your local Sales Representative, additional fee you may click here .

| **History Record # 1 :** | **SALE/TRANSFER** | | |
|---|---|---|---|
| **Buyer:** | Jacinto,Martin C | **Seller:** | Jacinto Martin C |
| **Transaction Date:** | 11/05/2010 | **Sale Price:** | |
| **Recording Date:** | 11/05/2010 | **Sale Price Type:** | |
| **Recorded Doc #:** | 460999 | **Title Company:** | |
| **Document Type:** | Deed Transfer | **Vesting Type:** | N/A |

| **History Record # 2 :** | **SALE/TRANSFER** | | |
|---|---|---|---|
| **Buyer:** | Angelus Lee B & | **Seller:** | Simmons Inv Corp |
| **Transaction Date:** | 07/25/1990 | **Sale Price:** | $95,000 |
| **Recording Date:** | 08/01/1990 | **Sale Price Type:** | Full Value |
| **Recorded Doc #:** | 0000303961 | **Title Company:** | Orange Coast Title |
| **Document Type:** | Deed Transfer | **Vesting Type:** | N/A |

**Transaction History**                                          404 N Waterman Ave, San Bernardino, CA 92410

All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof.

- [ - ] CAROLINA S RAMIREZ , 53 Years Old (California)
    - Add To Favorites
    - Clipboard
    - Print or Export
    - 
    - CAROLINA S RAMIREZ - 53 Years Old
    - 
    - CAROLINA S RAMIREZ (06/19/1990 to 01/04/2018)
    - CAROLINA R JACINTO (01/03/2008 to 10/07/2016)

- o   CAROLINA R SOLANO (06/19/1990 to 10/27/2013)
- o   CAROLINA R RAMIREZ (06/19/1990 to 05/05/2012)
- o   SSN: 
- o   Issued: CALIFORNIA 1988
- o   Other People who have used this SSN. This does not usually indicate fraud.
- o   YOLANDA JACINTO [ View Person Record ]
- o   Other SSNs this person has used. This does not usually indicate fraud.
- o   **Dates of Birth**

  

- o   Relationship Diagram
    Possible Relatives
- o   Indicators
- o   Bankruptcies: None Found
- o   Liens: 2 Found, Latest in 2014
- o   Judgments: None Found
- o   Utilities: None Found
- o   Cities
- o   Los Angeles, CA (11/01/2006)
- o   Reedley, CA (09/22/2016 to 02/2018)
- o   Rialto, CA (11/2004 to 01/05/2009)
- o   San Bernardino, CA (06/19/1990 to 03/13/2018)
- o   Visalia, CA (06/27/2002 to 01/19/2010)
- o   [ Show Carriers ]
    Possible Other Phones[Add New Phone]
- o   [ - ] Collapse
- o   (909) 913-6001 (PT) (M) (86%) [Feedback]
- o   (909) 882-0696 (PT) (66%) [Feedback]
- o   (909) 567-9157 (PT) (M) (66%) [Feedback]
- o   (559) 636-7974 (PT) (66%) [Feedback]
- o   (909) 381-4955 (PT) (66%) [Feedback]
- o   (559) 300-6850 (PT) (M) (29%) [Feedback]
- o   (909) 883-7241 (PT) (3%) [Feedback]
- o   (909) 421-2869 (PT) (3%) [Feedback]
- o   (909) 888-6323 (PT) (3%) [Feedback]

- o
- o Counties
- o Fresno County, CA (09/22/2016 to 02/2018)
- o Los Angeles County, CA (11/01/2006 to 11/01/2006)
- o San Bernardino County, CA (06/19/1990 to 03/13/2018)
- o Tulare County, CA (06/27/2002 to 01/19/2010)
- o Possible Email Addresses
- o None found
- o Address History (23 of 23) Map All Addresses[ Show Carriers ]
    - o
        - 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY) (05/01/2007 to 03/13/2018)
    - o
        - 1440 F ST, REEDLEY, CA 93654-3423 (FRESNO COUNTY) (09/22/2016 to 02/2018)
        - Subdivision Name: REEDLEY
    - o
        - 426 W BASE LINE ST, SAN BERNARDINO, CA 92410-3502 (SAN BERNARDINO COUNTY) (08/11/2017 to 08/11/2017)

    Current Commercial Phones at address

        - (909) 885-7648 (PT) - FUN CORNER
        - (909) 885-7648 (PT) - PARTY PLUS INC
- o [ - ] Collapse
    - o
        - 3748 RIDGE LINE DR, SAN BERNARDINO, CA 92407-4169 (SAN BERNARDINO COUNTY) (06/13/2016 to 06/30/2016)
        - 1 Current Private Phone

    Current Private Phone at address

        - (909) 804-8040 (PT) - LOPEZ, CRYSTAL
    - o
        - 371 W BASE LINE ST, SAN BERNARDINO, CA 92410-3538 (SAN BERNARDINO COUNTY) (08/08/2012 to 05/18/2016)
    - o
        - 2163 N ARROWHEAD AVE, SAN BERNARDINO, CA 92405-4001 (SAN BERNARDINO COUNTY) (08/25/2015 to 08/25/2015)
    - o
        - 363 E BASE LINE ST, SAN BERNARDINO, CA 92410-3903 (SAN BERNARDINO COUNTY) (04/29/2014 to 04/29/2014)
    - o
        - 2005 N D ST, SAN BERNARDINO, CA 92405-3913 (SAN BERNARDINO COUNTY) (02/2008 to 08/06/2012)
        - Subdivision Name: RANCHO SAN BERNARDINO

- 
    - 2924 WALL AVE, SAN BERNARDINO, CA 92404-3635 (SAN BERNARDINO COUNTY) (05/05/2012 to 05/05/2012)
- 
    - 1905 N E ST, SAN BERNARDINO, CA 92405-3919 (SAN BERNARDINO COUNTY) (10/20/2011 to 10/20/2011)
    - Subdivision Name: PALMS
- 
    - 4244 W RUSSELL AVE, VISALIA, CA 93277-5126 (TULARE COUNTY) (03/30/2006 to 01/19/2010)
    - Subdivision Name: LINWOOD RANCH
- 
    - 370 W JACKSON ST, RIALTO, CA 92376-4068 (SAN BERNARDINO COUNTY) (11/2004 to 01/05/2009)
- 
    - 4304 W RUSSELL AVE, VISALIA, CA 93277-5101 (TULARE COUNTY) (06/27/2002 to 11/2008)
- 
    - 1345 N ARROWHEAD AVE, SAN BERNARDINO, CA 92405-4846 (SAN BERNARDINO COUNTY) (06/17/1994 to 01/22/2007)
    - Subdivision Name: HART
- 
    - 5194 LOUISE ST, SAN BERNARDINO, CA 92407-3037 (SAN BERNARDINO COUNTY) (10/2005 to 11/30/2006)
    - 2 Current Private Phones

Current Private Phones at address

- (909) 804-0155 (PT) - CASTILLO, S
- (909) 882-3914 (PT) - SABLAN, JEANNE
- 
    - 4647 SATURN ST, LOS ANGELES, CA 90019-5725 (LOS ANGELES COUNTY) (11/01/2006 to 11/01/2006)
    - Subdivision Name: ARLINGTON HEIGHTS TERRACE
    - 1 Current Private Phone

Current Private Phone at address

- (323) 746-5693 (PT) - TUCKER, BRIAN
- 
    - 4058 N E ST, SAN BERNARDINO, CA 92407-3506 (SAN BERNARDINO COUNTY) (09/2005 to 09/2005)
- 
    - PO BOX 22061, SAN BERNARDINO, CA 92406-0361 (SAN BERNARDINO COUNTY) (09/01/1994 to 01/23/2003)
-

- - 5830 CASSANDRA DR, SAN BERNARDINO, CA 92407-2290 (SAN BERNARDINO COUNTY) (04/14/1993 to 01/23/2003)
    - 
    - 1609 N ARROWHEAD AVE APT 23, SAN BERNARDINO, CA 92405-4600 (SAN BERNARDINO COUNTY) (03/19/1994 to 12/27/1996)
    - Subdivision Name: ARROWHEAD AVE
    - Address contains: 21 apartments
    - 6 Current Private Phones
    - 
    - 415 S MOUNT VERNON AVE APT 139, SAN BERNARDINO, CA 92410-2529 (SAN BERNARDINO COUNTY) (06/19/1990 to 06/19/1

**PRINT or EXPORT SEARCH RESULTS**

- [ - ] MARTIN C JACINTO , 50 Years Old (Rialto, CA, San Bernardino, CA)
    - Add To Favorites
    - Clipboard
    - Print or Export
    - 
    - MARTIN C JACINTO - 50 Years Old
    - 

- 

- MARTIN C JACINTO (10/26/2005 to 01/04/2018)

- Other Observed Names
- MARTIN J CATARINO (10/26/2005 to 11/28/2005)

- SSN: ▮▮▮▮▮
- Issued: CALIFORNIA 2005

- **Date of Birth**
    ▮▮▮▮▮
    - Driver's License Detail:
    - DL#: A4706332
    - DL State: CA
    - Reported Date: 07/12/2007
    - MARTIN C JACINTO
    - 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY)
    ▮▮▮▮▮
    -

- Relationship Diagram
  Possible Relatives



- Indicators
- Bankruptcies: None Found
- Liens: 1 Found, Latest in 2012
- Judgments: 1 Found, Latest in 2015
- Utilities: None Found

- Cities
- Rialto, CA (07/2005)
- San Bernardino, CA (10/26/2005 to 03/13/2018)

- [ Show Carriers ]
  Possible Other Phones[Add New Phone]
- [ - ] Collapse
- (909) 882-0696 (PT) (L) (88%) [Feedback]
- (909) 913-6117 (PT) (M) (86%) [Feedback]
- (714) 519-5924 (PT) (M) (66%) [Feedback]
- (909) 885-1941 (PT) (19%) [Feedback]
- (909) 913-2584 (PT) (M) (11%) [Feedback]
- (909) 913-6001 (PT) (M) (4%) [Feedback]



- 

- Counties
- San Bernardino County, CA (07/2005 to 03/13/2018)

- Possible Email Addresses
- None found

- Address History (5 of 5) Map All Addresses[ Show Carriers ]
    - 
    - o 3420 BROADMOOR BLVD, SAN BERNARDINO, CA 92404-2406 (SAN BERNARDINO COUNTY) (04/01/2007 to 03/13/2018)
    - 
    - o 371 E BASE LINE ST, SAN BERNARDINO, CA 92410-3903 (SAN BERNARDINO COUNTY) (07/12/2012 to 07/12/2012)
    - 
    - o 5194 LOUISE ST, SAN BERNARDINO, CA 92407-3037 (SAN BERNARDINO COUNTY) (11/2005 to 04/04/2007)
    - o 2 Current Private Phones

Current Private Phones at address

- o (909) 804-0155 (PT) - CASTILLO, S
- o (909) 882-3914 (PT) - SABLAN, JEANNE
- [ - ] Collapse
  - 
  - o 4058 N E ST, SAN BERNARDINO, CA 92407-3506 (SAN BERNARDINO COUNTY) (10/26/2005 to 10/26/2005)
  - 
  - o 370 W JACKSON ST, RIALTO, CA 92376-4068 (SAN BERNARDINO COUNTY) (07/2005 to 07/2005)

    - 990)
    - Address contains: 1 office, 126 apartments
    - 1 Current Commercial Phone
    - 36 Current Private Phones

    Current Commercial Phones at address

    - NOT PUBLISHED - MIJJAR REALTY
    - (909) 383-0001 (PT) - MIJJAR REALTY
    - o
    - 2694 N ARROWHEAD AVE, SAN BERNARDINO, CA 92405-3404 (SAN BERNARDINO COUNTY)
    - Subdivision Name: RANCHO SAN BERNARDI
    - o
    - 404 N WATERMAN AVE, SAN BERNARDINO, CA 92410-4953 (SAN BERNARDINO COUNTY)
    - 1 Current Commercial Phone

    Current Commercial Phones at address

    - (909) 885-1941 (PT) - CENTER AUTOMART RADIATOR
    - (909) 383-8382 (PT) - GENERAL EQUIPMENT REPAIR & R